IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| C-CATION TECHNOLOGIES, LLC, § <br>     *Plaintiff*, § <br> § <br> v. § <br> § <br> TIME WARNER CABLE INC., TIME § <br> WARNER CABLE ENTERPRISES LLC, § <br> TIME WARNER CABLE TEXAS LLC, § <br> ARRIS GROUP INC., CISCO SYSTEMS § <br> INC., and CASA SYSTEMS, INC., § <br>     *Defendants*. § <br> § <br> § <br> § | Case No. 2:14-cv-59 |

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff C-Cation Technologies, LLC ("C-Cation Tech.") hereby notifies the Court that, pursuant to P.R. 3-1 and P.R. 3-2 and the Court's Order, Dkt #34, C-Cation Tech.'s P.R. 3-1 and P.R. 3-2 Disclosures were served on all counsel of record via electronic mail on March 31, 2014.

| | |
|---|---|
| DATED:  April 2, 2014 | **MCKOOL SMITH, P.C.** |
| | |
| | */s/  Sam Baxter* |
| | Sam Baxter |
| Of Counsel: | Lead Attorney |
| | Texas State Bar No. 01938000 |
| Lewis V. Popovski | sbaxter@mckoolsmith.com |
| lpopovski@kenyon.com | **MCKOOL SMITH, P.C.** |
| Jeffrey S. Ginsberg | 104 East Houston, Suite 300 |
| jginsberg@kenyon.com | Marshall, Texas 75670 |
| Sheila Mortazavi | Telephone: (903) 923-9000 |
| smortazavi@kenyon.com | Facsimile: (903) 923-9099 |
| Merri C. Moken | |
| mmoken@kenyon.com | John F. Garvish, II |
| David J. Kaplan | Texas State Bar No. 24043681 |
| djkaplan@kenyon.com | jgarvish@mckoolsmith.com |
| KENYON & KENYON, LLP | **MCKOOL SMITH, P.C.** |
| One Broadway | 300 West Sixth Street, Suite 1700 |
| New York, NY 10004-1007 | Austin, Texas 78701 |
| Telephone: (212) 425-7200 | Telephone: (512) 692-8700 |
| Facsimile:  (212) 425-5288 | Facsimile: (512) 692-8744 |

**ATTORNEYS FOR PLAINTIFF
C-CATION TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on this the 2nd day of April, 2014. Local Rule CV-5(a)(3)(A).

/s/ *John F. Garvish, II*
John F. Garvish, II