IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| C-CATION TECHNOLOGIES, LLC | § § | |
| v. | § § | Case No. 2:14-CV-59-JRG-RSP |
| TIME WARNER CABLE INC., ET AL. | § § | |

## ORDER

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on March 5, 2015 (Dkt. No. 90) recommending denial of Casa Systems, Inc.'s ("Casa") Motion to Dismiss C-Cation Technologies, LLC's ("C-Cation") Complaint for Failure to State a Claim Upon Which Relief May be Granted (Dkt. 44). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that the Motion (Dkt. No. 44) is **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE