# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| C-CATION TECHNOLOGIES, LLC, | § | |
| Plaintiff, | § | Case No. 2:14-cv-00059-JRG-RSP |
| v. | § | |
| TIME WARNER CABLE INC., et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court is the report and recommendation of Magistrate Judge Payne, recommending that C-Cation's complaint be dismissed with prejudice following the Patent Office's finding that all asserted patent claims are invalid, and the Federal Circuit's affirmance of this finding. *See* Dkt. No. 184. No objections have been filed, and the time to do so has now passed. Upon de novo review of the report and recommendation, the Court **ADOPTS** the Magistrate Judge's recommendation without modification. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). Accordingly, the motion to dismiss, Dkt. No. 173, is **GRANTED**. This lawsuit is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case.

**So ORDERED and SIGNED this 4th day of January, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE